The City of Frankfort *v.* Aughe.

No. 14,144.

### JOHNSON *v.* THE STATE.

From the Knox Circuit Court.

*G. G. Reily,* for appellant.

*L. T. Michener,* Attorney General, *J. C. Adams,* Prosecuting Attorney, *J. H. Gillett* and *B. M. Willoughby,* for the State.

HOWK, J.—Substantially the same questions are presented for decision by the errors assigned by defendant, Johnson, upon the record of this cause, as those which were considered and decided by this court in *Johnson* v. *State,* 113 Ind. 143. Upon the authority of the case cited the judgment herein is affirmed, with costs.

Filed Jan. 26, 1888.

No. 13,153.

### THE CITY OF FRANKFORT *v.* AUGHE.

From the Clinton Circuit Court.

*O. E. Brumbaugh* and *F. Beale,* for appellant.

*J. C. Suit* and *W. R. Moore,* for appellee.

MITCHELL, C. J.—The questions presented by the record in this case are identical with those decided in *City of Frankfort* v. *Aughe, ante,* p. 77. The judgment in that case is controlling in this.

Judgment reversed, with costs.

Filed March 7, 1888.